# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse, NY

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles,
Federal Public Defender

**Respond to Albany Office**

Albany, NY

39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Paul Evangelista,
First Assistant

July 24, 2017

Hon. Thomas J. McAvoy, Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    **Re:**    **United States v. Robert Twiss**
              **Case No. 17-CR-059 (TJM)**

Dear Judge McAvoy:

Robert Twiss is scheduled to appear for sentencing on August 15th. On his behalf, I respectfully ask for a one-month postponement of sentencing. The government does not object.

As the Court might recall, Mr. Twiss asked this Court to grant release following his guilty plea in part because he suffered a fire recently at his home, and the need to repair the damage was urgent. He sought to make the repairs himself. Those repairs were necessary even if he were to face further custody because that home is Mr. Twiss's fiancée's primary residence.

Mr. Twiss, who kept me abreast of his activities post-plea, initially struggled to find employment that would allow him to earn enough money to purchase materials to make the repairs. Within the last few weeks, he found employment at a resort/camp in the Catskills. He has been able to purchase some materials and to start the repairs, but he has more work to do and does not expect to be able to complete the work by mid-August. Also, he expects to have employment at the resort/camp until sometime in September when the camp closes for the season, and he would like at least to finish what he started

for the benefit of the person who was willing to hire him, particularly in the event he would face a sentence involving further custody.  Last, his girlfriend has recently learned of the need to undergo certain medical testing to evaluate symptoms of coronary artery disease, and he wants to support her through her upcoming medical appointments.

I thank the Court for its consideration of this request.

Very truly yours,

*/s/Timothy E. Austin*

Timothy E. Austin
Assistant Federal Public Defender

Cc:    AUSA Richard Belliss
        Sr. USPO Ed Cox (via email)
        Robert Twiss

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Re:   United States v. Robert Twiss
      Case No. 16-MJ-529 (CFH)

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017, I electronically filed the foregoing letter request with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

AUSA Richard Belliss

I also served the upon Sr. USPO Ed Cox by emailing a .pdf copy to Ed_Cox@nynp.uscourts.gov.

/s/Timothy E. Austin
Assistant Federal Public Defender
Bar Roll No. 508098
Attorney for Defendant
39 North Pearl Street, 5th Floor
Albany, New York 12207
Telephone: (518) 436-1850
Fax: (518) 436-1780
E-mail: tim_austin@fd.org